IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JEFFERY HARRIS,** | Case No. 1: 25 cv 414 |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **EXXON MOBIL CORPORATION,** *et al.*, | **JUDGMENT ENTRY** |
| **Defendants.** | |

In accordance with the Court's accompanying Memorandum Opinion and Order, this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).  The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

                                               s/*Pamela A. Barker*
                                               PAMELA A. BARKER
Date:  June 11, 2025                       U. S. DISTRICT JUDGE